UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ILLINOIS AFL-CIO, *et al.,*

    Plaintiffs,

        v.

BRUCE RAUNER, *et al.,*

    Defendants.

Case No. 15-cv-271 JPG/SCW

## ORDER

The undersigned Judge hereby recuses himself in the above-entitled action and the Clerk is directed to reassign this case by random draw. Upon random draw, this case has been reassigned to United States District Judge Nancy J. Rosenstengel.   All future filings in this case shall bear the case number 15-cv-271 NJR/SCW.

**IT IS SO ORDERED.**
**DATED: March 16, 2015**

        *s/ J. Phil Gilbert*
        **UNITED STATES DISTRICT JUDGE**