IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ILLINOIS AFL-CIO et al., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 15-cv-271-NJR-SCW |
| ) | |
| BRUCE RAUNER, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER OF RECUSAL

ROSENSTENGEL, District Judge:

The undersigned District Judge hereby **RECUSES** from the above-captioned civil case.  This case has been randomly reassigned to United States District Staci M. Yandle. All future filings in this case shall bear the case number **15-cv-271-SMY-SCW**.

**IT IS SO ORDERED.**

Dated: March 23, 2015        *s/ Nancy J. Rosenstengel*
                             NANCY J. ROSENSTENGEL
                             United States District Judge